The Honorable Ronald B. Leighton

06-CV-05291-ORD

FILED _____ LODGED
_____ RECEIVED

JUN 2 8 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FARRELL BRAYER

Plaintiff,

v.

ST. CLARE HOSPITAL, FRANCISCAN
HEALTH SYSTEMS, SERVICE
EMPLOYEES INTERNATIONAL UNION
LOCAL 1199 NORTHWEST, SERVICE
EMPLOYEES INTERNATIONAL UNION
LOCAL 6 STAFF UNION

Defendants.

No. 06-5291RBL

STIPULATION & ORDER OF DISMISSAL
WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Farrell Brayer and

defendants St. Clare Hospital ("SCH"), Franciscan Health Systems ("FHS"), Service Employees

International Union Local 1199 ("SEIU 1199NW") and Service Employees International Union

Local 6 Staff Union ("SEIU Local 6") hereby stipulate through their respective counsel of record

to dismissal of the pending litigation with prejudice and without an award of attorneys' fees or

costs to any party.

///

///

STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE- 1
Case No. C06-5291RBL

Seattle-3368194.1 0027797-00140

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
Telephone (206) 624-0900

1   STOEL RIVES LLP                          LAW OFFICES OF JOHN DAVID TERRY, II

2
      */s/ Keelin A. Curran*
3     Keelin A. Curran, WSBA No. 16258       */s/ John Adrian Terry*
      Zahraa V. Wilkinson, WSBA No. 31606     John David Terry, II, WSBA No. 8301
4     Attorneys for Defendants               John Adrian Terry, WSBA No. 37515
      St. Clare Hospital and                 Attorneys for Plaintiff
5     Franciscan Health Systems

6
      DOUGLAS DRACHLER & McKEE LLP
7

8      */s/ Paul Drachler*
      Paul Drachler, WSBA No. 8416
9     Attorneys for Defendants
      SEIU 1199NW and SEIU Local 6
10

11              **ORDER OF DISMISSAL WITH PREJUDICE**

12          Pursuant to the parties stipulation and Federal Rule of Civil Procedure 41(a)(1)(ii), the

13    above-captioned action is hereby DISMISSED WITH PREJUDICE.  Each party is to bear its

14    own attorneys' fees and costs.

15    DATED this 28th day of June, 2007.
16

17                                           _____
                                             The Honorable Ronald B. Leighton
18

19

20

21

22

23

24

25

26

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
Telephone (206) 624-0900